VALENTINE S. WOODRUFF, executor, appellant,

*v.*

SARAH W. LOUNSBERRY, respondent.

On appeal from a decree rendered by the ordinary, whose opinion is reported in *Woodruff* v. *Lounsberry, 13 Stew. Eq. 545.*

*Mr. J. B. Vredenburgh,* for appellant.

*Mr. Gilbert Collins,* for respondent.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the ordinary.